FILED
2005 Feb-24  AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KATHARINE YORK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  7:03-cv-02925-HGD |
| ) | |
| EQUIFAX CONSUMER SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant ) | |

## **O R D E R**

On January 31, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge.  On February 14, 2005, defendants filed a response to the magistrate judge's report and recommendation; however, defendants state that they do not object to the report and recommendation as to the motion to dismiss and renewed motion to dismiss filed by defendant Equifax Consumer Services, Inc. (Docs. #4 & #12), converted to a motion for summary judgment by the court because matters outside the pleadings were submitted for consideration.  (*See* Doc. #18).

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED, and DECREED that the motion for summary judgment filed by Equifax Consumer Services, Inc. as to Counts I, II, and III of plaintiff's complaint and first (and second) amended complaint is due to be and hereby is GRANTED, and Equifax Consumer Services, Inc., hereby is DISMISSED WITH PREJUDICE as a defendant from this action.

DONE this 24th day of February, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE